INC., and Others, Respondents.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action?

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HULDA BARRINGER, for Compensation under the Workmen's Compensation Law, Claimant, v. GEORGE CLARK, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by Mrs. KATHLEEN SIMONSON, for Her Two Children, Claimants, Respondents, v. MONTAUK METALLIC BED COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN V. WHITE, Deceased, EVA WHITE, Widow, and Children, Respondents, for Compensation under the Workmen's Compensation Law, v. MORRIS BERKMAN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BEULAH NOLAN, Respondent, for Compensation by Reason of the Death of Her Husband, GEORGE NOLAN, under the Workmen's Compensation Law, v. GEORGE F. SHEVLIN MANUFACTURING COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants. STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Respondent.— Motion denied.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, Respondent, for a Peremptory Writ of Mandamus to Be Issued to MILO R. MALTBIE, as Chamberlain of the City of New York.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TIMOTHY KIRBY, Respondent, v. ERIE RAILROAD COMPANY, Employer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by MARY C. FAHEY, Dependent Mother, and Dependent Brothers and Sisters of WILLIAM F. FAHEY, Deceased, Respondents, for the Death of WILLIAM F. FAHEY, v. CHARLES P. BOLAND & COMPANY, Employer, and the STANDARD ACCIDENT INSURANCE COMPANY, OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by Mrs. CAROLINA SASSANO, Widow, on Behalf of Herself and Infant Children, Respondent, on Account of the Death of MICHAEL SASSANO, v. ANGELO PAINO, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of